No. 774. EVANS *v.* KANSAS GAS & ELECTRIC CO. April 17, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. Claude I. Depew* and *Austin M. Cowan* for petitioner. *Mr. Blatchford Downing* for respondent. █

No. 624. DAVIES *v.* METROPOLITAN LIFE INSURANCE CO. ET AL. Appeal from the Supreme Court of Washington. January 30, 1939. Docketed and dismissed on motion of counsel for the appellees. No appearance for appellant. *Mr. E. D. Weller* for appellees. █

No. 191. GOODYEAR TIRE & RUBBER CO. *v.* OVERMAN CUSHION TIRE CO.; and

No. 200. OVERMAN CUSHION TIRE CO. *v.* GOODYEAR TIRE & RUBBER CO. On petitions for writs of certiorari to the Circuit Court of Appeals for the Sixth Circuit. January 30, 1939. Dismissed on motion of counsel for the petitioners. *Messrs. Arthur C. Denison* and *Frank O. Richey* for petitioner in No. 191 and respondent in No. 200. *Mr. Robert W. Byerly* for respondent in No. 191 and petitioner in No. 200. Reported below: 95 F. 2d 978.